1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  3800 Howard Hughes Parkway
   Suite 950
4  Las Vegas, NV 89169
   Telephone: (702) 252-3131
5  Facsimile: (702) 252-7411
   smahoney@laborlawyers.com
6
7  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA TICE, | ) Case No. 2:12-cv-00152-GMN-VCF |
| | ) |
| Plaintiff, | ) |
| | ) **MOTION FOR WAIVER OF** |
| vs. | ) **ATTENDANCE OF** |
| | ) **INSURANCE** |
| TEAVANA CORPORATION, | ) **REPRESENTATIVE AT ENE** |
| | ) |
| Defendant. | ) |
| _____ | ) |

Defendant, Teavana Corporation, by and through its counsel, FISHER & PHILLIPS LLP, hereby moves this Court, pursuant to the Order Scheduling Early Neutral Evaluation Session filed April 9, 2010, for an order excusing the physical attendance of Heather Hardy, the insurance representative for Chartis Insurance, who works in New York, at the May 4, 2012 ENE.

Ms. Hardy has many pending matters, and is currently scheduled to either attend or monitor a trial in Texas on May 7, immediately followed by a trial in St. Thomas, Virgin Islands. Her physical attendance would result in at least two days of travel (including over part of a weekend) and associated expense, which is unnecessary because Defendant will have a settlement position formulated before the ENE, Ms. Hardy would be available during the ENE by telephone as needed, and one or more

1

LasVegas 93406.1

*FISHER & PHILLIPS LLP*
*3800 Howard Hughes Parkway, Suite 950*
*Las Vegas, Nevada 89169*

representatives from Teavana will be physically present at the ENE. Further, because the deductible under the insurance policy is relatively high, no insurance money would be involved in any settlement of this case at the ENE. Finally, Plaintiff's counsel has indicated to defense counsel that he has no objection to the waiver.

Respectfully submitted,

FISHER & PHILLIPS LLP

  /s/ Scott M. Mahoney, Esq.
SCOTT M. MAHONEY, ESQ.
3800 Howard Hughes Parkway
Suite 950
Las Vegas, Nevada 89169
Attorneys for Defendant

## CERTIFICATE OF ELECTRONIC SERVICE

This is to certify that on the 10th day of April 2012, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the foregoing Motion for Waiver of Attendance of Insurance Representative at ENE with the U.S. District Court, and a copy was electronically transmitted from the court to the e-mail address on file for:

Richard Segerblom, Esq.

By: /s/ Lorraine James-Newman
An employee of Fisher & Phillips LLP

IT IS SO ORDERED. Attendance by Heather Hardy, insurance representative for Chartis Insurance Company, is waived for the ENE scheduled for 5/4/2012. Ms. Hardy shall be available by telephone for the duration of the ENE.

_____
U.S. Magistrate Judge
Dated: April 26, 2012