FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
smahoney@laborlawyers.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA TICE, | Case No. 2:12-cv-00152-GMN-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| TEAVANA CORPORATION, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED this matter is dismissed with prejudice, with each side to bear its own costs and attorney's fees.

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.
    Scott M. Mahoney, Esq.
    3800 Howard Hughes Parkway
    Suite 950
    Las Vegas, NV  89169
    Attorneys for Defendant

By: /s/ Richard Segerblom, Esq.
    Richard Segerblom, Esq.
    700 South Third Street
    Las Vegas, NV  89101
    Attorney for Plaintiff

**IT IS SO ORDERED** this 31st day of May, 2012.

_____
Gloria M. Navarro
United States District Judge

LasVegas 93838.1