FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:   (702) 252-7411
smahoney@laborlawyers.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA TICE, | ) Case No. 2:12-cv-00152-GMN-VCF |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER FOR** ) **DISMISSAL** |
| TEAVANA CORPORATION, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED this matter is dismissed with prejudice, with each side to bear its own costs and attorney's fees.

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.      By: /s/ Richard Segerblom, Esq.
Scott M. Mahoney, Esq.                    Richard Segerblom, Esq.
3800 Howard Hughes Parkway      700 South Third Street
Suite 950                                        Las Vegas, NV  89101
Las Vegas, NV  89169                 Attorney for Plaintiff
Attorneys for Defendant

**IT IS SO ORDERED** this 31st day of May, 2012.

_____
Gloria M. Navarro
United States District Judge

LasVegas 93838.1